IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHONITA MEANS, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>**AMERIQUEST MORTGAGE** )<br>**COMPANY,** )<br>)<br>Defendant. ) | **CIVIL ACTION NO. 07-0578-CG-M** |

## ORDER

The court hereby sua sponte reconsiders the plaintiffs' motion to stay proceedings pending transfer to Multidistrict Litigation ("MDL") (Doc. 5), to which the plaintiffs attached a copy of the Conditional Transfer Order issued by the MDL panel on September 11, 2007, transferring this action to the Northern District of Illinois for inclusion in the MDL No. 1715, In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.

Upon due consideration, the plaintiffs' motion to stay is **GRANTED**. This action is hereby **STAYED** pending receipt of the MDL Panel's transfer order. This stay will remain in effect until the court is notified of the MDL Panel's decision concerning transfer.

**DONE and ORDERED** this 20th day of September, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE