| | | | |
|---|---|---|---|
|  | usdc_ecf_ilnd@ilnd.uscourts.gov<br>10/18/2007 08:59 AM | To | InterdistrictTransfer_ALSD@alsd.uscourts.gov |
| | | cc | |
| | | bcc | |
| | | Subject | Transferred case has been opened |

CASE: 1:07-cv-00578

DETAILS: Case transferred from Alabama Southern
has been opened in Northern District of Illinois - <font color=red>CM/ECF
LIVE, Ver 3.0</font>
as case 1:07-cv-05583, filed 09/25/2007.